## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISON

| | | |
|---|---|---|
| PATRICK PURSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:15-cv-04313 |
| | ) | |
| TARRY WILLIAMS, et al., | ) | Honorable Virginia M. Kendall |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## JOINT STATUS REPORT

Plaintiff, Patrick Pursley, by his attorneys, Loevy & Loevy, and Defendants Williams, Pfister, Louch, Daly, and Luchsinger, by their attorneys, the Office of the Illinois Attorney General, pursuant to this Court's January 11, 2018 Order, hereby state the following regarding the status of the case:

1. Counsel for Plaintiff and Defendants Williams, Pfister, Lough, Daly, and Luchsinger (the IDOC Defendants) have conferred regarding the scheduling of depositions in this case per the Court's instruction during the status hearing on January 11, 2018. Dkt. 148. Counsel for Defendants Wexford and Obaisi refused to participate in the preparation of this report, stating that "a meeting to set a discovery schedule is premature" until Plaintiff's Second Amended Complaint is filed. Ex. A.

2. Counsel for Plaintiff and Counsel for the IDOC Defendants conferred via phone and agreed to the following schedule for depositions:

| Deponent | Date | Time | Location |
|---|---|---|---|
| Defendant Wexford's 30(b)(6) Representative | February 26, 2018 | 10:00 am | Loevy & Loevy, 311 N. Aberdeen Street, 3rd Floor, Chicago, IL 60615 |
| Defendant Saleh Obaisi's Representative | February 27, 2018 | 10:00 am | Loevy & Loevy, 311 N. Aberdeen Street, 3rd Floor, Chicago, IL 60615 |
| Defendant Tarry Williams | March 5, 2018 | 10:30 am | Thompson Center, 100 W Randolph Street, Chicago, IL 60601 |
| Defendant Randy Pfister | March 6, 2018 | 10:00 am | Stateville Correctional Center, 16830 Route 53, Crest Hill, IL 60403 |
| Defendant James Louch | March 7, 2018 | 9:00 am | George E. Rydman & Associates, Ltd., 15 W Jefferson Street, Joliet, IL 60432 |
| Defendant Jermiagh Daly | March 7, 2018 | 1:00 pm | George E. Rydman & Associates, Ltd., 15 W Jefferson Street, Joliet, IL 60432 |
| Eselina Givens | March 8, 2018 | 10:00 am | Stateville Correctional Center, 16830 Route 53, Crest Hill, IL 60403 |
| Captain Morgan | March 8, 2018 | 12:00 pm | Stateville Correctional Center, 16830 Route 53, Crest Hill, IL 60403 |
| Sergeant Seevers | March 8, 2018 | 2:00 pm | Stateville Correctional Center, 16830 Route 53, Crest Hill, IL 60403 |
| IDOC 30(b)(6) Representative | March 9, 2018 | 10:00 am | George E. Rydman & Associates, Ltd., 15 W Jefferson Street, Joliet, IL 60432 |
| Plaintiff Patrick Pursley | March 12, 2018 | 10:00 am | Loevy & Loevy, 311 N. Aberdeen Street, 3rd Floor, Chicago, IL 60615 |

3.      Counsel for the IDOC Defendants and Counsel for Plaintiff did not schedule a deposition for Defendant Luchsinger, as we are awaiting his affidavit regarding his retirement from the IDOC.

4.      Furthermore, given the fact that some Parties have failed to properly identify potential witnesses pursuant to Rule 26(a)(1), Plaintiff reserves our right to call witnesses that are revealed as discovery progresses or are indicated by Defendants to be called as witnesses.


                                                Respectfully submitted,

/s/ Aisha N. Davis                              /s/ Erik Johnson
*Attorney for Plaintiff*                        *Attorney for Defendants Williams,*
                                                *Pfister, Louch, Daly, and Luchsinger*

Jon Loevy
Sarah Grady                                     Erik Johnson
Aisha N. Davis                                  Office of the Illinois Attorney General
Loevy & Loevy                                   100 West Randolph Street, 13th Floor
311 N. Aberdeen, 3rd Floor                      Chicago, IL 60601
Chicago, IL 60607                               erjohnson@atg.state.il.us
312-243-5900
aisha@loevy.com

3

## **CERTIFICATE OF SERVICE**

I, Aisha N. Davis, an attorney, certify that on February 1, 2018 I caused the foregoing **Joint Status Report** to be filed via the Court's CM/ECF electronic filing system, which effected service on all counsel of record.

/s/ Aisha N. Davis