### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PATRICK PURSLEY, | ) | Case No. 3:18-cv-50040 |
| | ) | |
| Plaintiff, | ) | Judge Philip G. Reinhard |
| | ) | |
| v. | ) | Magistrate Judge Iain D. |
| | ) | Johnston |
| THE CITY OF ROCKFORD, et. al. | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |
| | ) | |

## PLAINTIFF'S STATUS REPORT

Per the Court's order on March 21, 2018 (Dkt. 24), Plaintiff, Patrick Pursley, through his counsel, Loevy & Loevy, submits the following status report:

1.      On March 21, 2018, Plaintiff filed a Response to the City and State Defendants' Motion to Stay, agreeing to a stay pending the resolution of his criminal appeal and possible re-trial. *See* Dkt. 23.

2.      On May 21, 2018, Plaintiff filed a Status Report in accordance with the Court's March 21, 2018 order. *See* Dkt. 35.

3.      In the May 21, 2018 Status Report, Plaintiff indicated that he was awaiting the State's decision to either re-try him, or dismiss the underlying criminal charges against him.

4.      Last week, there was a status hearing for Plaintiff's underlying criminal case. During that hearing, another date was set for the parties to appear before the court for another status hearing.

5.      At this time, the State has not decided to drop the criminal charges against Plaintiff.

6.      Plaintiff will provide another status update in sixty (60) days, when the State makes a decision about the underlying criminal charges, or as the Court deems appropriate.

Respectfully submitted,
/s/ Aisha N. Davis

Jon Loevy
Roshna Bala Keen
Aisha N. Davis
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Aisha N. Davis, an attorney, certify that on July 23, 2018 I caused the foregoing **Status Report** to be filed via the Court's CM/ECF electronic filing system, which effected service on all counsel of record.

/s/ Aisha N. Davis
Aisha N. Davis
*One of Plaintiff's Attorneys*

2