# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK PURSLEY, | Case No. 3:18-cv-50040 |
| Plaintiff, | Judge Philip G. Reinhard |
| v. | Magistrate Judge Iain D. Johnston |
| THE CITY OF ROCKFORD, et. al. | |
| Defendants. | Jury Trial Demanded |

## PLAINTIFF'S STATUS REPORT

Per the Court's order on March 21, 2018 (Dkt. 24), Plaintiff, Patrick Pursley, through his counsel, Loevy & Loevy, submits the following status report:

1. On March 21, 2018, Plaintiff filed a Response to the City and State Defendants' Motion to Stay, agreeing to a stay pending the resolution of his criminal appeal and possible re-trial. *See* Dkt. 23.

2. On May 21, 2018, Plaintiff filed a Status Report in accordance with the Court's March 21, 2018 order. *See* Dkt. 35.

3. In the May 21, 2018 Status Report, Plaintiff indicated that he was awaiting the State's decision to either re-try him, or dismiss the underlying criminal charges against him.

4. On July 23, 2018, Plaintiff filed a Status Report in accordance with the Court's March 21, 2018 order. *See* Dkt. 36.

5. In the July 23, 2018 Status Report, Plaintiff indicated that a status hearing for Plaintiff's underlying criminal case took place. During that hearing, another date was set for the parties to appear before the court for another status hearing. *See* Dkt. 36.

6. At this time, the State has not decided to drop the criminal charges against Plaintiff.

7. Plaintiff will provide another status update in sixty (60) days, when the State makes a decision about the underlying criminal charges, or as the Court deems appropriate.

Respectfully submitted,<br>/s/ Aisha N. Davis

Jon Loevy
Roshna Bala Keen
Aisha N. Davis
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Aisha N. Davis, an attorney, certify that on September 21, 2018 I caused the foregoing **Status Report** to be filed via the Court's CM/ECF electronic filing system, which effected service on all counsel of record.

/s/ Aisha N. Davis<br>Aisha N. Davis<br><i>One of Plaintiff's Attorneys</i>