IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK PURSLEY, ) | Case No. 3:18-cv-50040 |
| ) | |
| Plaintiff, ) | Judge Philip G. Reinhard |
| ) | |
| v. ) | Magistrate Judge Iain D. |
| ) | Johnston |
| THE CITY OF ROCKFORD, et. al. ) | |
| ) | Jury Trial Demanded |
| Defendants. ) | |

## PLAINTIFF'S STATUS REPORT

Per the Court's order on March 21, 2018 (Dkt. 24), Plaintiff, Patrick Pursley, through his counsel, Loevy & Loevy, submits the following status report:

1. On March 21, 2018, Plaintiff filed a Response to the City and State Defendants' Motion to Stay, agreeing to a stay pending the resolution of his criminal appeal and possible re-trial. *See* Dkt. 23. Plaintiff also began filing status reports every sixty days to update the Court on the status of the criminal proceeding.

2. As the prior status reports note, the State did not dismiss the charges against Mr. Pursley. The Winnebago County Circuit Court set the case for trial, which was scheduled to begin on November 13, 2018.

3. On the eve of the criminal trial, the Winnebago County State's Attorney disclosed new information relating to the police investigation that had not previously been made available to Plaintiff.

4. Based upon the new disclosure, Plaintiff's criminal attorneys, Jenner & Block, have filed a motion to dismiss the criminal charges. The Circuit Court will hold an evidentiary hearing on the motion to dismiss on December 20 and 21.

5. The trial has been continued to January 10, 2019.

6. Plaintiff will provide another status update in sixty days, or earlier if there is a resolution of the criminal proceeding before then.

Respectfully submitted,

/s/ Roshna Bala Keen

Jon Loevy
Roshna Bala Keen
Alison Leff
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Roshna Keen, an attorney, certify that on November 14, 2018 I caused the foregoing **Status Report** to be filed via the Court's CM/ECF electronic filing system, which effected service on all counsel of record.

/s/ Roshna Bala Keen
Roshna Bala Keen
*One of Plaintiff's Attorneys*

2