UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK PURSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 18 CV 50040 |
| | ) | |
| vs. | ) | Judge Philip G. Reinhard |
| | ) | |
| CITY OF ROCKFORD, *et al.* | ) | Magistrate Iain D. Johnston |
| | ) | |
| Defendants. | ) | |

CITY DEFENDANTS' RESPONSE TO PLAINITFF'S MOTION TO APPOINT AND SUBSTITUTE SPECIAL REPRESENTATIVES FOR DEFENDANTS HOWARD FORRESTER, GARY REFFETT, AND DAVID EKEDAHL

Defendants, City of Rockford, Illinois; James Barton, Ron Gallardo, John Genens, Charlene Getty, Jeff Houde; Sam Pobjecky, and Mark Schmidt, (City Defendants) by their undersigned counsel, and for their response to Plaintiff's Motion to Appoint and Substitute Special Representative for Defendants Howard Forrester, Gary Reffett, And David Ekedahl, [*Dkt #57*] state as follows:

1. City Defendants do not object to Plaintiff's motion [*Dkt #57*].

Date: April 9, 2019                                                  Respectfully submitted

1

**Defendant James Barton**

By: WilliamsMcCarthy LLP

/s/ Joel M. Huotari

Joel M. Huotari
James P. Devine
WilliamsMcCarthy LLP
120 West State Street, Suite 400
P. O. Box 219,
Rockford, IL  61105-0219
Phone: (815) 987-8900
Fax: (815) 968-0019
Jhuotari@wilmac.com
Jdevine@wilmac.com

**Defendants Ron Gallardo, John Genens, Jeff Houde, Sam Pobjecky, Mark Schmidt**

By: Hinshaw & Culbertson

/s/ Michael F Iasparro

Michael F Iasparro
Hinshaw & Culbertson
100 Park Avenue
P.O. Box 1389,
Rockford, IL 61105
Phone: (815) 490 4945
Fax: (815) 490-4901
miasparro@hinshawlaw.com

**Defendants City of Rockford and Charlene Getty**

By: City Of Rockford Department Of Law

/s/ Ifeanyichukwu C. Mogbana

Ifeanyichukwu C. Mogbana
Kerry F. Partridge
City Of Rockford Department Of Law
425 East State Street
Rockford, IL 61104
Phone: (779) 348-7154
Fax: (815) 967-6949
ifeanyi.mogbana@rockfordil.gov