UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Western Division

Patrick Pursley

                       Plaintiff,

v.                                               Case No.: 3:18−cv−50040

                                                        Honorable Philip G. Reinhard

City of Rockford, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 26, 2019:

      MINUTE entry before the Honorable Lisa A. Jensen: Plaintiff's motion for a protective order [67] is granted. The protective order shall issue separately. Plaintiff's motion for extension of time to serve defendants [69] is granted. The time to serve the complaint under Fed. R. Civ. P. 4(m) is extended to 6/25/2019. Presentment of plaintiff's motions set for 5/1/2019 are stricken and no appearances are required on those dates. On plaintiff's motion to appoint a special representative [57], plaintiff shall: (1) confirm that no estate has been opened and no personal representative appointed for defendants Forrester, Reffett and Ekedahl; and (2) identify and locate next of kin and send those individuals the complaint and plaintiff's motion [57]. By 5/29/2019, plaintiff shall file an affidavit confirming that no estate has been opened and no personal representative appointed and indicate the name of each next of kin that has been located and provided notice. By 5/29/2019, plaintiff shall also file a status report on the progress of serving the remaining defendants. A telephonic status hearing is set for 6/5/2019 at 9:00 AM to discuss plaintiff's motion to appoint a special representative [57]. By 6/3/2019, counsel shall provide direct−dial telephone numbers to the Court's operations specialist. Mailed notice (jk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.