# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| PATRICK PURSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| THE CITY OF ROCKFORD, JAMES ) | |
| BARTON, JIM BOWMAN, HOWARD ) | Case: 18 C 50040 |
| FORRESTER, RON GALLARDO, JOHN ) | |
| GENENS, CHARLENE GETTY, JEFF ) | Judge: Philip G. Reinhard |
| HOUDE, SAM POBJECKY, GARY ) | |
| REFFETT, MARK SCHMIDT, BRUCE ) | Magistrate Judge: Lisa A. Jensen |
| SCOTT, DOUG WILLIAMS, ) | |
| UNIDENTIFIED EMPLOYEES OF THE ) | |
| ROCKFORD POLICE DEPARTMENT, ) | |
| DANIEL GUNNELL, PETER ) | |
| STRIUPAITIS, JACK WELTY, ) | |
| UNIDENTIFIED EMPLOYEES OF THE ) | |
| ILLINOIS STATE POLICE CRIME LAB, ) | |
| GREG HANSON, STEPHEN PIRAGES, ) | |
| DAVID EKEDAHL, and CHRISTINE ) | |
| BISHOP, ) | |
| ) | |
| Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Monday, May 13, 2019 at 10:00 a.m.,** we shall appear before the Honorable Magistrate Judge Jensen, in the Courtroom usually occupied by her in the U.S. District Court for the Northern District of Illinois, Western Division, 327 S. Church Street, Rockford, Illinois 61101, and shall then and there present **Defendant Greg Hanson's Motion to Join Defendants' Motion to Dismiss Amended Complaint**.

| | |
|---|---|
| Dated: May 6, 2019 | Respectfully submitted, |
| | |
| | HINSHAW & CULBERTSON LLP |
| | |
| | /s/ Michael F. Iasparro |
| | Michael F. Iasparro |

Michael F. Iasparro
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Telephone: 815-490-4900
Facsimile: 815-490-4901
miasparro@hinshawlaw.com

1

303640783v1 1007697