AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

PATRICK PURSLEY

V.

THE CITY OF ROCKFORD, et. al.

CASE NUMBER: 3:18-cv-50040

ASSIGNED JUDGE: Philip G. Reinhard

DESIGNATED MAGISTRATE JUDGE: Lisa A. Jensen

TO: (Name and address of Defendant)

Jim Bowman

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roshna Bala Keen
LOEVY & LOEVY
311 N Aberdeeen Street, 3rd Floor
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



April 26, 2019

(B) DATE

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**PATRICK PURSLEY**

Plaintiff/Petitioner

vs.

**CITY OF ROCKFORD, ET AL**

Defendant/Respondent

Case No.: 3:18-CV-50040
Division:

AFFIDAVIT OF SERVICE OF
**ALIAS SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT**

I, **Troy Torchia**, being first duly sworn on oath, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered private detective or a registered employee of a private detective agency, License No. 205407, located at 15020 N Pebble Lane, Fort Myers, FL 33912.

On the **4th day of May, 2019 at 4:30 PM, I, Troy Torchia, SERVED JIM BOWMAN** at
n the manner indicated below:

**SUBSTITUTE SERVICE**, by personally leaving 1 copy(ies) of the above-listed documents at his/her usual place of abode with **Colleen Bowman**, who is 13 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

On _____ a copy was mailed in a sealed envelope with postage fully prepaid, addressed to **JIM BOWMAN** at his/her usual place of abode.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**SPOUSE, CO-RESIDENT, who accepted service, with identity confirmed by subject stating their name, a white female approx. 55-65 years of age, 5'4"-5'6" tall, weighing 120-140 lbs with brown hair.**

Service Fee Total: **$65.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit are true and correct.

NAME: _____  205407  5-6-19
Troy Torchia  Server ID #  Date

Notary Public: Subscribed and sworn before me on this 6th day of MAY in the year of 20 19
Personally known to me  X  or _____ identified by the following document:

Number/Reference: _____
Type: _____
Notary Public for State of: Florida
Commission Expiration: 3-3-22

_____
Notary Public (Legal Signature)

MARCIA L MCEVERS
Commission # GG 164146
Expires March 3, 2022
Bonded Thru Budget Notary Services

REF: **Patrick, PURSLEY**

Page 1 of 1
Tracking #: 0036793968