IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISON

| | |
|---|---|
| PATRICK PURSLEY, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) |
| THE CITY OF ROCKFORD, JAMES BARTON, JIM BOWMAN, HOWARD FORRESTER, RON GALLARDO, JOHN GENENS, CHARLENE GETTY, JEFF HOUDE, SAM POBJECKY, GARY REFFETT, MARK SCHMIDT, BRUCE SCOTT, DOUG WILLIAMS, UNIDENTIFIED EMPLOYEES OF THE ROCKFORD POLICE DEPARTMENT, DANIEL GUNNELL, PETER STRIUPAITIS, JACK WELTY, UNIDENTIFIED EMPLOYEES OF THE ILLINOIS STATE POLICE CRIME LAB, GREG HANSON, STEPHEN PIRAGES, DAVID EKEDAHL, and CHRISTINE BISHOP, | ) ) ) Case: 18 C 50040 ) ) District Judge Philip G. Reinhard ) ) Magistrate Judge Lisa A. Jensen ) ) ) ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday, June 19, 2019 at 10:00 a.m.**, or as soon as Defendant's Counsel may be heard, the undersigned shall appear before the Honorable Judge Lisa A. Jensen or any other Judge sitting in her stead in the U.S. Courthouse, 327 S. Church Street, Rockford, Illinois 61101, and then and there present **DEFENDANT, CHRISTINE BISHOP's, MOTION TO DISMISS**, a copy which has been served upon all counsel of record.

1

Defendant Christine Bishop,

By: WilliamsMcCarthy LLP


BY: /s/ Joel M. Huotari
Joel M. Huotari
James P. Devine
WilliamsMcCarthy LLP
120 West State Street, Suite 400
P. O. Box 219
Rockford, IL  61105-0219
Phone: (815) 987-8900
Fax: (815) 968-0019
Jhuotari@wilmac.com
Jdevine@wilmac.com

**CERTIFICATE OF SERVICE**

I, Joel M. Huotari, an attorney, certify that on June 5, 2019, I caused the foregoing document to be filed via the Court's CM/ECF system, which effected service on all counsel of record.

                                      BY:  /s/ Joel M. Huotari
                                                Joel M. Huotari

303368536v2 1007697