# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| Patrick Pursley, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 18 CV 50040 |
| | ) | |
| vs. | ) | Judge Philip G. Reinhard |
| | ) | |
| City Of Rockford, Illinios, *et al.* | ) | Magistrate Lisa Jensen |
| | ) | |
| Defendants. | ) | |

### CITY'S NOTICE IDENTIFYING SPECIAL REPRESENTATIVES FOR DECEASED DEFENDANTS HOWARD FORRESTER, GARY REFFETT, AND DAVID EKEDAHL

Defendant, City of Rockford, Illinois; by its counsel, pursuant to this court's minute order of June 6, 2019, and for a notice identifying Special Representative(s) for deceased Defendants Howard Forester, Gary Reffett, and David Ekedahl state as follows:

1. The City of Rockford identifies **the City Administrator, City of Rockford, Illinois**, as special representative for deceased Defendants Howard Forester, Gary Reffett, and David Ekedahl.

Date: June 10, 2019

Respectfully submitted

**Defendant, City of Rockford, Illinois,** by its attorneys,
City Of Rockford Department Of Law

/s/ Ifeanyichukwu C. Mogbana
**Ifeanyichukwu C. Mogbana**
City Of Rockford Department Of Law
425 East State Street
Rockford, IL 61104
Phone: (779) 348-7154
Fax: (815) 967-6949
ifeanyi.mogbana@rockfordil.gov