AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

PATRICK PURSLEY

CASE NUMBER: 3:18-cv-50040

V.

ASSIGNED JUDGE: Philip G. Reinhard

THE CITY OF ROCKFORD, et. al.

DESIGNATED MAGISTRATE JUDGE: Lisa A. Jensen

TO: (Name and address of Defendant)

Gary Reffett
c/o Todd Cagnoni as special representative
425 E. State Street
Rockford, IL 61104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roshna Bala Keen
LOEVY & LOEVY
311 N Aberdeeen Street, 3rd Floor
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Patrycja Janecek*

(By) DEPUTY CLERK



June 12, 2019

DATE

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Illinois** | **County of** | **Northern District Of Illinois Court** |

Case Number: 3:18-CV-50040

Plaintiff:
**PATRICK PURSLEY**

vs.

Defendant:
**THE CITY OF ROCKFORD, ET AL**

For:
LOU SPETNAGEL
PROOF SERVE
1707 WALNUT ST.
SUITE 106
BOULDER, CO 80302

Received by Rockford Detective & Security Agency on the 26th day of June, 2019 at 11:10 am to be served on **GARY REFFETT C/O TODD CAGNONI AS SPECIAL REPRESENTATIVE, 425 E. STATE ST., ROCKFORD, IL 61104.**

I, Amanda L. Whalen, being duly sworn, depose and say that on the **26th day of June, 2019** at **12:00 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **ALIAS SUMMONS IN A CIVIL CASE, SECOND AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **NORA DOYLE AUTHORIZED AGENT** as **ADMINISTRATIVE ASSISTANT** at the address of: **ROCKFORD CITY HALL-LEGAL DEPARTMENT, 425 E STATE ST, ROCKFORD, IL 61104**, who stated they are authorized to accept service for **GARY REFFETT**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 66, Sex: F, Race/Skin Color: WHITE, Height: 5'5", Weight: 180, Hair: RED, Glasses: Y

Subscribed and Sworn to before me on the 26th day of June, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL SEAL
CHARLES T BLOCK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/26/22

Amanda L. Whalen
Process Server # 9595

Rockford Detective & Security Agency
631 N. LONGWOOD ST.
SUITE 102
ROCKFORD, IL 61107
(815) 282-2822

Our Job Serial Number: RDT-2019001237

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c