# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Western Division

Patrick Pursley
         Plaintiff,

v.                 Case No.: 3:18−cv−50040
                  Honorable Philip G. Reinhard

City of Rockford, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 16, 2019:

  MINUTE entry before the Honorable Lisa A. Jensen: Status hearing held on 10/16/2019. Parties report the discovery matters handled by the emergency judge are resolved. By 10/30/2019 all remaining parties are to answer or otherwise plead to the second amended complaint [100]. A status hearing is set for 1/16/2019 at 9:00 AM. Parties intending to appear telephonically are directed to consult the telephone appearances section of Judge Jensen's webpage. Mailed notice (jk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.