# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK PURSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 18 CV 50040 |
| | ) | |
| vs. | ) | Judge Philip G. Reinhard |
| | ) | |
| CITY OF ROCKFORD, *et al.* | ) | Magistrate Iain D. Johnston |
| | ) | |
| Defendants. | ) | |

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath deposes and says that on November 15, 2019, she served the attached document, namely, **City of Rockford's Responses to First Request for Production,** upon the within named:

Jonathon I. Loevy
Alison R. Leff
Roshna Bala Keen
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Jon@loevy.com
Alison@loevy.com
Roshna@loevy.com

Michael F. Iasparro
Hinshaw & Culbertson
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
MIasparro@Hinshawlaw.com

Sunil Bhave
Amanda L. Kozar
Erin Walsh
Illinois Attorney General's Office
100 West Randolph Street, 13th Floor
Chicago, IL 60601
sbhave@atg.state.il.us
akozar@atg.state.il.us
ewalsh@atg.state.il.us

Ashley Rosa Waddell Tingstad
Hooper Hathaway P.C.
126 S. Main Street
Ann Arbor, MI 48103
atingstad@hooperhathaway.com

Robert C. Pottinger
Mohit Khare
Barrick Switzer Long Balsely & Van Evera
6833 Stalter Drive
Rockford, IL 61108
rcpottinger@bslbv.com
mkhare@bslbv.com

Joel M.L. Houtari
James P. Devine
WilliamsMcCarthy
120 W. State Street
P.O. Box 219
Rockford, IL 61105-0219
Jhoutari@wilmac.com
Jdevine@wilmac.com

by causing a copy to be sent via electronic mail, before the hour of 5:00 p.m. on the above date, in the City of Rockford, Illinois.

*Troiana Gearns*

SUBSCRIBED AND SWORN to before me
this 15th day of November, 2019

*Chasity Bailey*
Notary Public

OFFICIAL SEAL
CHASITY BAILEY
Notary Public - State of Illinois
My Commission Expires 4/11/2020

City of Rockford Department of Law
425 East State Street
Rockford, IL 61104
(779)348-7154