**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PATRICK PURSLEY, | ) | |
| | ) | Case No. 3:18-cv-50040 |
| *Plaintiff*, | ) | |
| | ) | Hon. Philip G. Reinhard, |
| v. | ) | District Judge |
| | ) | |
| THE CITY OF ROCKFORD, et al., | ) | Hon. Lisa Jensen, |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ORDER TO SHOW CAUSE
<u>WHY MARVIN WINDHAM SHOULD NOT BE HELD IN CONTEMPT</u>**

# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF ILLINOIS
    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
 3                                    )
    PATRICK PURSLEY,                   )
 4                                     )
                     Plaintiff,        ) NO. 3:18-cv-50040
 5                                     )
                 vs.                   ) DEPOSITION OF
 6                                     ) MARVIN A. WINDHAM
    CITY OF ROCKFORD, JAMES BARTON,    )
 7  JIM BOWMAN, RON GALLARDO,          )
    JOHN GENENS, CHARLENE GETTY,       )
 8  JEFF HOUDE, CHRISTINE BISHOP,      )
    SAM POBJECKY, MARK SCHMIDT,        )
 9  BRUCE SCOTT, DOUG WILLIAMS,        )
    GREG HANSON, STEPHEN PIRAGES,      )
10  City Administrator for the         )
    City of Rockford, as Special       )
11  Representative for the             )
    ESTATE OF HOWARD FORRESTER,        )
12  ESTATE OF GARY REFFETT and         )
    ESTATE OF DAVID EKEDAHL,           )
13  UNIDENTIFIED EMPLOYEES OF THE      )
    ROCKFORD POLICE DEPARTMENT,        )
14  DANIEL GUNNELL, PETER              )
    STRIUPAITIS, JACK WELTY and        )
15  UNIDENTIFIED EMPLOYEES OF THE      )
    ILLINOIS STATE POLICE CRIME LAB,   )
16                                     )
                 Defendants.           )
17  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

18              Deposition of Marvin A. Windham
        taken on behalf of Jim Bowman, Ron Gallardo,
19      John Genens, Jeff Houde, Sam Pobjecky,
        Mark Schmidt, Greg Hanson, defendants, in the
20      above-entitled action in the offices of
        Hinshaw & Culbertson LLP, 100 Park Avenue,
21      Rockford, Illinois, on the 15th day of October,
        2019, commencing at 10:17 a.m., as reported and
22      transcribed by Andrea L. D'Agnolo, Certified
        Shorthand Reporter and Notary Public in and for
23      the State of Illinois.

24
```

# EXHIBIT A

| | |
|---|---|
| 1 | A P P E A R A N C E S |
| 2 | ATTORNEY ROSHNA BALA KEEN, of the firm of Loevy & Loevy, 311 North Aberdeen Street, |
| 3 | Third Floor, Chicago, Illinois 60607, appeared via teleconference on behalf of the plaintiff. |
| 4 | |
| 5 | ATTORNEY ASHLEY ROSA WADDELL TINGSTAD, of the firm of Hooper Hathaway, P.C., 126 North Main Street, Ann Arbor, Michigan 48104, appeared |
| 6 | via teleconference on behalf of the plaintiff. |
| 7 | ATTORNEY IFEANYI C. MOGBANA, of City of Rockford Department of Law, 425 East State |
| 8 | Street, Rockford, Illinois 61104, appeared on behalf of City of Rockford and Charlene Getty, |
| 9 | defendants. |
| 10 | ATTORNEY JAMES P. DEVINE, of the firm of WilliamsMcCarthy LLP, 120 West State Street, |
| 11 | Fourth Floor, P.O. Box 219, Rockford, Illinois 61105-0219, appeared on behalf of James Barton, |
| 12 | Christine Bishop, Bruce Scott, Doug Williams and Stephen Pirages, defendants. |
| 13 | |
| 14 | ATTORNEY MICHAEL F. IASPARRO, of the firm of Hinshaw & Culbertson LLP, 100 Park Avenue, P.O. Box 1389, Rockford, Illinois 61105-1389, |
| 15 | appeared on behalf of Jim Bowman, Ron Gallardo, John Genens, Jeff Houde, Sam Pobjecky, |
| 16 | Mark Schmidt and Greg Hanson, defendants. |
| 17 | ATTORNEY ROBERT C. POTTINGER, of the firm of Barrick, Switzer, Long, |
| 18 | Balsley & Van Evera, LLP, 6833 Stalter Drive, Rockford, Illinois 61108, appeared on behalf |
| 19 | of the Estate of Howard Forrester, Estate of Gary Reffett and Estate of David Ekedahl, |
| 20 | defendants. |
| 21 | ATTORNEY AMANDA L. KOZAR, of the Illinois Attorney General's Office, 100 West |
| 22 | Randolph Street, 13th Floor, Chicago, Illinois 60601, appeared on behalf of Daniel Gunnell, |
| 23 | Peter Striupaitis and Jack Welty, defendants. |
| 24 | PRESENT: Patrick Pursley, via teleconference. |

EXHIBIT A

```
 1      to advise this witness of his obligation to
 2      reappear for the deposition on December 5, 2019,
 3      and that he's under a continuing obligation
 4      pursuant to the subpoena.
 5                  MAGISTRATE JOHNSTON:  Okay.  All right.
 6                  Is Mr. Windham there?
 7                  THE WITNESS:  Yes.
 8                  MS. KEEN:  Yes.
 9                  MAGISTRATE JOHNSTON:  Morning,
10      Mr. Windham.  This is Judge Johnston.  How are
11      you?
12                  THE WITNESS:  I'm doing okay.  Good
13      morning.
14                  MAGISTRATE JOHNSTON:  All right.  So
15      you're at the deposition at, sounds like, the law
16      firm of Hinshaw Culbertson.  Defense attorneys are
17      asking the questions today.  Mr. Pursley's
18      attorneys are going to ask you questions on
19      December 5, 2019, at 1:30 p.m.
20                  So you were served with a subpoena to
21      attend the deposition today.  That subpoena will
22      be continued on through to December 5, 2019, at
23      1:30 p.m.  So you'll need to appear at that date
24      at that time.
```

EXHIBIT A

```
 1                What's the location of the deposition?
 2                MR. IASPARRO:  That will also be here
 3     at Hinshaw and Culbertson, Judge.
 4                MAGISTRATE JOHNSTON:  All right.  So,
 5     Mr. Windham, it's going to be the same place,
 6     okay?  So just make sure you show up on
 7     December 5, 2019, at 1:30 for the resumption of
 8     your deposition.  Remember, a subpoena is a court
 9     order requiring you to attend, so we don't want
10     the marshals to chase you down, all right?
11                THE WITNESS:  Okay.
12                MAGISTRATE JOHNSTON:  You understand
13     all that, Mr. Windham?
14                THE WITNESS:  Yes.
15                MAGISTRATE JOHNSTON:  All right.  Thank
16     you, sir.
17                Ms. Keen, anything else?
18                MS. KEEN:  No.  Thank you, Your Honor.
19                MAGISTRATE JOHNSTON:  All right.
20                Mr. Iasparro, anything?
21                MR. IASPARRO:  No, Judge.  Thank you.
22                MAGISTRATE JOHNSTON:  All right.
23                Thanks everybody.  Have a good day.
24                MR. DEVINE:  Thanks, Judge.
```

EXHIBIT A

```
 1                  (Whereupon, the teleconference with
 2          Magistrate Judge Iain D. Johnston was concluded.)
 3     BY MR. MOGBANA:
 4     Q.   Mr. Windham, before we had the call, I was asking
 5          a few questions, and now I want to ask about the
 6          attorney that came down to Lawrenceville.  You
 7          said it was about September of last year,
 8          approximately?
 9     A.   Yes.
10     Q.   Do you recall whether it was a male or a female
11          attorney?
12     A.   It was -- it was two males.
13     Q.   Are you able to give some description about how
14          they looked, the height?  Taking the first one,
15          one of them, how would you describe the person,
16          physical description of the person?
17     A.   I can't recall.  It's hard to describe.
18     Q.   Okay.  Are you able to describe whether they were
19          looking younger or older?
20     A.   They was kind of older.  One of them was the
21          investigator, and the other one said he
22          represented Patrick.
23     Q.   All right.  So to be sure, you had two male
24          visitors.  One was -- described himself to you as
```

EXHIBIT A