## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

PATRICK PURSLEY,             )
                                  )      Case No.  3:18-cv-50040
      *Plaintiff*,            )
                                  )      Hon. Philip G. Reinhard,
      *v.*                 )      District Judge
                                  )
THE CITY OF ROCKFORD, et al.,  )      Hon. Lisa Jensen,
                                  )      Magistrate Judge
      *Defendants.*      )

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 13, 2020 at 10:00 a.m. or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Lisa Jensen, in courtroom 3200 at the United States Courthouse for the Northern District of Illinois, 327 South Church Street, Rockford, Illinois 61101, and then and there present the attached Plaintiff's Unopposed Motion for Order to Show Cause Why Marvin Windham Should Not Be Held in Contempt.

Dated: December 10, 2019

                            RESPECTFULLY SUBMITTED,

                            **PATRICK PURSLEY**

          BY:    /s/ Rachel Brady
                     *One of Plaintiff's Attorneys*

Jon Loevy
Roshna Bala Keen
Alison R. Leff
Rachel Brady
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900
brady@loevy.com

Ashley Waddell Tingstad
Hooper Hathaway, P.C.
126 S. State St.
Ann Arbor, MI 48104
(734) 662-4426
atingstad@hooperhathaway.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Rachel Brady, an attorney, certify that on December 10, 2019, I filed the foregoing Notice of Motion using the Court's CM/ECF system, which will send an electronic notice of filing to all counsel of record via electronic mail.

/s/ Rachel Brady
*One of Plaintiff's Attorneys*