UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Western Division

Patrick Pursley
                Plaintiff,

v.                                             Case No.: 3:18−cv−50040
                                                      Honorable Philip G. Reinhard

City of Rockford, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 12, 2019:

      MINUTE entry before the Honorable Lisa A. Jensen: On plaintiff's motion for rule to show cause [156], plaintiff shall personally serve a copy of the motion and notice of presentment on Marvin Windham. See Local Rule 37.1(a). Plaintiff shall file proof of service on Mr. Windham before the 1/13/2020 motion hearing. The status hearing set for 1/16/2020 is stricken and reset for 1/13/2020 at 10:00 AM to coincide with the motion hearing. Counsel shall appear in person. Mailed notice (jk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.