# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK PURSLEY, | Case No. 3:18-cv-50040 |
| Plaintiff, | Judge Philip G. Reinhard |
| v. | Magistrate Judge Lisa Jensen |
| THE CITY OF ROCKFORD, et. al. | Jury Trial Demanded |
| Defendants. | |

## DECLARATION OF TIERRA JACKSON

Under penalties of perjury, I swear under oath to the following:

1. I am a paralegal at the law firm of Loevy & Loevy. I was assigned to work on locating Marvin Windham for service purposes related to the above-captioned case.

2. On December 16, 2019, I retained a process server located in Rockford, IL to locate Mr. Windham and complete service.

3. On December 19, 2019, the process server informed me that the last known address that we possessed for Mr. Windham was not in fact Mr. Windham's address, with the occupant of that address stating that Mr. Windham does not live there but his mail occasionally still arrives there. I then forwarded that information to the Loevy & Loevy attorneys, who then reached out to counsel for Defendants seeking any additional contact information they may have.

4. On December 20, 2019, I contacted the process server and asked him to make service attempts at four other addresses that had been associated with Mr. Windham, according to police reports from the Rockford Police Department.

5. I also reviewed the Winnebago County Circuit Court website and spoke with Mr. Windham's appointed lawyer with the Winnebago County Public Defender's office, and both inquires indicated that Mr. Windham does not have an upcoming criminal court date at Winnebago County.

6. On January 8, 2020, the process server informed me that he attempted to locate Mr. Windham at all four addresses but was unsuccessful. The process server informed me that he performed an independent search for Marvin Windham and determined that Mr. Windham may be associated with the address 901 Lake St., Oak Park, IL. That address, however, is a U.S. Post

Exhibit A

Office branch. The process server also informed me that he called the telephone number that the parties have on record for Mr. Windham. He stated that a male believed to be Mr. Windham answered the telephone but hung up when asked to verify his address.

7. I provided this information to attorney Roshna Bala Keen, who informed me that she called the telephone number for Mr. Windham earlier today and spoke with a woman, who stated that she believes Mr. Windham is now in custody somewhere in Cook County. As of the time of filing, a search for Mr. Windham using the Cook County Jail's inmate finder website turned up no results. I intend to conduct inquires with the Cook County Jail and the Chicago Police Department to determine if Mr. Windham is in fact in custody with either entity.

January 10, 2020