# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PATRICK PURSLEY, | ) | |
| | ) | Case No. 3:18-cv-50040 |
| *Plaintiff*, | ) | |
| | ) | Hon. Philip G. Reinhard, |
| v. | ) | District Judge |
| | ) | |
| THE CITY OF ROCKFORD, et al., | ) | Hon. Lisa Jensen, |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |

## STATUS REPORT REGARDING COMPLETION OF DEPOSITION OF MARVIN WINDHAM AND MOTION FOR RULE TO SHOW CAUSE

Plaintiff PATRICK PURLSEY, through his attorneys, respectfully submits the following status report regarding the deposition of Marvin Windham and Plaintiff's motion for a rule to show cause (Dkt. 156):

1. Third-party witness Marvin Windham was scheduled to give a deposition on December 5, 2019. After Mr. Windham did not appear for his deposition, Plaintiff filed a motion for a rule to show cause why Mr. Windham should not be held in contempt for failing to appear at his deposition. Dkt. 156. This Court ordered Plaintiff to serve a copy of the motion on Mr. Windham. Dkt. 158. After granting Plaintiff an extension of time to serve Mr. Windham, this Court set the hearing on the motion for the rule to show cause for February 10, 2020. Dkt. 161

2. This Court also directed the parties to inform the Court if the motion for the rule to show cause was resolved before February10, 2020. Dkt. 164.

3. This status report is to notify the court that the parties completed their deposition of Mr. Windham on February 6, 2020, and therefore Plaintiff's motion for a rule to show cause has been resolved.

RESPECTFULLY SUBMITTED,

**PATRICK PURSLEY**

BY: /s/ Rachel Brady
*One of Plaintiff's Attorneys*

Jon Loevy
Roshna Bala Keen
Rachel Brady
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900
brady@loevy.com

Ashley Waddell Tingstad
Hooper Hathaway, P.C.
126 S. State St.
Ann Arbor, MI 48104
(734) 662-4426
atingstad@hooperhathaway.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Rachel Brady, an attorney, certify that on February 6, 2020, I filed the foregoing status report using the Court's CM/ECF system, which will send an electronic notice of filing to all counsel of record via electronic mail.

/s/ Rachel Brady
*One of Plaintiff's Attorneys*