**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PATRICK PURSLEY, | ) | |
| | ) | Case No. 3:18-cv-50040 |
| *Plaintiff*, | ) | |
| | ) | Hon. Philip G. Reinhard, |
| v. | ) | District Judge |
| | ) | |
| THE CITY OF ROCKFORD, et al., | ) | Hon. Lisa Jensen, |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |

**PLAINTIFF'S MOTION TO QUASH ISP DEFENDANTS'
SUBPOENA SEEKING PLAINTIFF'S RECORDED PHONE CALLS**

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jose Montanez
                Plaintiff,
v.                                                   Case No.: 1:17−cv−04560
                                                    Honorable Manish S. Shah
Reynaldo Guevara, et al.
                Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2019:

    MINUTE entry before the Honorable Susan E. Cox: Status and Motion hearing held. Motion hearing held. Plaintiff's motion to quash [154] is granted. For the reasons discussed in open court, the Court finds that more narrowly tailored subpoena seeking call logs for Plaintiffs' telephone calls in the first instance would be more appropriate in this matter. Defendants' Motion for Extension of Time [151], [153] is granted in part, and denied in part. The Court will not reach any issues relating to the timing of Monell discovery until the district court has ruled on the pending motion to bifurcate discovery. However, the Court will grant an additional 90 days for fact discovery. The new fact discovery deadline is set for 6/3/19. Defendants' Motion to Compel [156] is denied without prejudice. The Court believes that a more appropriate method for producing Plaintiffs' Social Security Administration records is to allow Plaintiff to request them from the agency and produce them to Defendants following a 48−hour review period. The Court orders that Plaintiffs must alert the Defendants as soon as the records are received and the 48−hour review period begins. Status hearing set for 3/19/2019 at 9:30 a.m. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.