# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK PURSLEY, | ) |
|     *Plaintiff,* | ) Case No. 3:18-cv-50040 |
| | ) |
| v. | ) Hon. Philip G. Reinhard, |
| | ) District Judge |
| THE CITY OF ROCKFORD, et. al. | ) |
| | ) Hon. Lisa A. Jensen, |
|     *Defendants.* | ) Magistrate Judge |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, February 13, 2020 at 10:00 a.m.** or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Lisa A. Jensen in courtroom 3200 at the United States Courthouse for the Northern District of Illinois, 327 South Church Street, Rockford, Illinois 61101, and then and there present the attached Plaintiff's Motion to Quash ISP Defendants' Subpoena Seeking Plaintiff's Recorded Phone Calls.

Dated: February 7, 2020

                                                    Respectfully submitted,

                                                  PATRICK PURSLEY

                              By:    *s/ Rachel Brady*
                                      One of His Attorneys

Jon Loevy
Roshna Bala Keen
Rachel Brady
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
brady@loevy.com

Ashley Waddell Tingstad
Hooper Hathaway, P.C.
126 S. State St.
Ann Arbor, MI 48104
(734) 662-4426
atingstad@hooperhathaway.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2020, I caused the foregoing document to be electronically filed, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Rachel Brady*