# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Western Division

Patrick Pursley

                              Plaintiff,

v.                                                         Case No.: 3:18−cv−50040

                                                                               Honorable Philip G. Reinhard

City of Rockford, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 7, 2020:

      MINUTE entry before the Honorable Lisa A. Jensen: Plaintiff has reported [165] that the pending motion for rule to show cause has been resolved. Accordingly, the motion for rule to show cause [156] is stricken as moot. Plaintiff's motion to quash [166] was set for a hearing on 2/13/2020, a day this Court indicated on its website that it is not hearing motions. Accordingly, the hearing on plaintiff's motion to quash [166] set for 2/13/2020 is stricken and reset for 2/10/2020 at 10:00 AM. All counsel shall appear in person. Mailed notice (jk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.