# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Western Division

Patrick Pursley

        Plaintiff,

v.

City of Rockford, et al.

        Defendant.

Case No.: 3:18−cv−50040
Honorable Philip G. Reinhard

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 10, 2020:

MINUTE entry before the Honorable Lisa A. Jensen: Status hearing and motion hearing held on 2/10/2020. Briefing on Plaintiff's motion to quash ISP Defendants' subpoena seeking Plaintiff's recorded phone calls is as follows: Defendants' response by 2/28/2020; Plaintiff's reply by 3/06/2020. Parties agree to not consult the recordings until the motion is ruled on. The Court will issue a ruling by minute entry. A status hearing is set for 4/13/2020 at 9:00 AM. Parties intending to appear telephonically are directed to consult the telephone appearances section of Judge Jensen's webpage. Mailed notice (jk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.