# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK PURSLEY, | ) |
| | ) Case No. 3:18-cv-50040 |
| Plaintiff, | ) |
| | ) Hon. Philip G. Reinhard |
| v. | ) |
| | ) Hon. Lisa A. Jensen |
| THE CITY OF ROCKFORD, et. al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, February 27, 2020 at 10:00 a.m.** or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Lisa A. Jensen in courtroom 3200 at the United States Courthouse for the Northern District of Illinois, 327 South Church Street, Rockford, Illinois 61101, and then and there present the attached Plaintiff's Unopposed Motion for Order to Show Cause Why Lester Brown Should Not be Held in Contempt.

Dated: February 21, 2020

Respectfully submitted,

PATRICK PURSLEY

By: *s/ Alison R. Leff*
    *One of His Attorneys*

Jon Loevy
Roshna Bala Keen
Alison R. Leff
Rachel Brady
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900 (phone)
alison@loevy.com

Ashley Waddell Tingstad
Hooper Hathaway, P.C.
126 S. State St.
Ann Arbor, MI 48104

(734) 662-4426
atingstad@hooperhathaway.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Alison R. Leff, an attorney, certify that on February 21, 2020, I caused the foregoing document to be filed via the Court's CM/ECF system, which effected service on all counsel of record.

*s/ Alison R. Leff*