# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Western Division

Patrick Pursley

                    Plaintiff,

v.

                    Case No.: 3:18−cv−50040
                    Honorable Philip G. Reinhard

City of Rockford, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2020:

      MINUTE entry before the Honorable Lisa A. Jensen: Motion hearing held on 2/27/2020. Plaintiff informs the Court that service of the motion has not been made on Lester Brown. The rule to show cause hearing is set for 3/12/2020 at 10:00 AM in courtroom 3200 in the U.S. Roszkowski Courthouse on 327 S. Church St., Rockford, IL 61101. Mr. Lester Brown is ordered to appear in person and explain why he should not be found in contempt of Court for failing to attend the deposition scheduled on 2/18/2020. By agreement of the parties, if Mr. Brown appears for the Court hearing and completes his deposition that day or has already completed his deposition prior to the 3/12/2020 hearing, the rule to show cause hearing will be stricken. Plaintiff shall serve a copy of this order on Mr. Brown and file proof of service on the docket. Mailed notice (jk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.