IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| PATRICK PURSLEY, | ) | |
|---|---|---|
| | ) | Case No. 3:18-cv-50040 |
| *Plaintiff*, | ) | |
| | ) | Hon. Philip G. Reinhard, |
| v. | ) | District Judge |
| | ) | |
| THE CITY OF ROCKFORD, et al., | ) | Hon. Lisa Jensen, |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |

## AGREED STIPULATION TO DISMISS CHRISTINE McNALLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Patrick Pursley and Defendants City of Rockford, James Barton, Jim Bowman, Ron Gallardo, John Genens, Charlene Getty, Jeff Houde, Christine Bishop, Sam Pobjecky, Mark Schmidt, Bruce Scott, Doug Williams, Greg Hanson, Stephen Pirages, City Administrator for the City of Rockford as Special Representative for the Estates of Howard Forrester, Gary Reffett, and David Ekedahl, Daniel Gunnell, Peter Striupaitis, and Jack Welty, through counsel, jointly stipulate to the dismissal, without prejudice of all claims asserted against Christine McNally, each party to bear their own attorneys' fees and costs.

Dated: March 4, 2020

RESPECTFULLY SUBMITTED,


/s/ Rachel Brady                                    /s/ Sunil Bhave
*One of Plaintiff's Attorneys*                      *Attorneys for Gunnell, Striupaitis, Welty*

Jon Loevy                                           Amanda L. Kozar
Roshna Bala Keen                                    Sunil Bhave
Rachel Brady                                        Erin Walsh
LOEVY & LOEVY                                       Office of the Illinois Attorney General
311 N. Aberdeen St., 3rd Fl.                        100 W. Randolph St. 13th Fl.
Chicago, IL 60607                                   Chicago, IL 60601
(312) 243-5900                                      (312) 814-4752
brady@loevy.com                                     akozar@atg.state.il.us
                                                    sbhave@atg.state.il.us
Ashley Waddell Tingstad                             ewalsh@atg.state.il.us
Hooper Hathaway, P.C.
126 S. State St.
Ann Arbor, MI 48104
(734) 662-4426
atingstad@hooperhathaway.com
*Attorneys for Plaintiff*

/s/ Michael Iasparro                                /s/ Ifeanyi Mogbana
*Attorneys for Gallardo, Genens, Houde,*            *Attorneys for City, Getty*
*Pobjecky, Schmidt, Hanson, Bowman*

                                                    Ifeanyi C. Mogbana
Michael F. Iasparro                                 Kerry Franklin Partridge
Hinshaw & Culbertson LLP                            City Of Rockford Department Of Law
100 Park Avenue                                     425 East State Street
Rockford, IL 61101                                  Rockford, IL 61104
(815) 490-4900                                      (815) 967-6948
miasparro@hinshawlaw.com                            ifeanyi.mogbana@rockfordil.gov,
                                                    kerry.partridge@Rockfordil.gov

| /s/ Robert Pottinger | /s/ James Devine |
|---|---|
| *Attorney for Estates of Forrester, Reffett, and Ekedahl* | *Attorneys for McAnally/Bishop, Scott, Williams, Pirages, Barton* |
| Robert C. Pottinger<br>Mohit Khare<br>Barrick, Switzer, Long, Balsley & Van Evera, LLP<br>6833 Stalter Drive, 1st Floor<br>Rockford, IL 61108<br>Phone: (815) 962-6611<br>rcpottinger@bslbv.com<br>mkhare@bslbc.com | Joel M. Huotari<br>James P. Devine<br>Patricia L. Hall<br>Williams McCarthy LLP<br>120 West State Street, Suite 400<br>Rockford, IL 61101<br>(815) 987-8900<br>jhuotari@wilmac.com<br>jdevine@wilmac.com<br>phall@wilmac.com |

## CERTIFICATE OF SERVICE

I, Rachel Brady, an attorney, certify that on March 4, 2020, I caused the foregoing stipulation to be filed via the Court's CM/ECF electronic filing system, which effected service on all counsel of record.

/s/ Rachel Brady
*One of Plaintiff's Attorneys*