# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Western Division

Patrick Pursley
                            Plaintiff,

v.                                                 Case No.: 3:18−cv−50040
                                                   Honorable Philip G. Reinhard

Greg Hanson, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2020:

      MINUTE entry before the Honorable Philip G. Reinhard: Pursuant to stipulation of parties [176], Christine McNally is dismissed from this case without prejudice. Case is pending as to remaining parties. Mailed notice(sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.