**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PATRICK PURSLEY, | ) | |
| | ) | Case No. 3:18-cv-50040 |
| Plaintiff, | ) | |
| | ) | Hon. Philip G. Reinhard |
| v. | ) | |
| | ) | Hon. Lisa A. Jensen |
| THE CITY OF ROCKFORD, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Monday, April 13, 2020 at 10:00 a.m.** or as soon

thereafter as counsel may be heard, counsel shall appear before the Honorable Lisa A. Jensen in

courtroom 3200 at the United States Courthouse for the Northern District of Illinois, 327 South

Church Street, Rockford, Illinois 61101, and then and there present the attached Motion to

Withdraw Plaintiff's Unopposed Motion for Order to Show Cause Why Lester Brown Should

Not be Held in Contempt.

Dated: April 6, 2020

Respectfully submitted,

PATRICK PURSLEY

By: *s/ Alison R. Leff*
    *One of His Attorneys*

Jon Loevy
Roshna Bala Keen
Alison R. Leff
Rachel Brady
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900 (phone)
alison@loevy.com

Ashley Waddell Tingstad
Hooper Hathaway, P.C.
126 S. State St.
Ann Arbor, MI 48104

(734) 662-4426
atingstad@hooperhathaway.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Alison R. Leff, an attorney, certify that on April 6, 2020, I caused the foregoing document to be filed via the Court's CM/ECF system, which effected service on all counsel of record.

*s/ Alison R. Leff*