Patrick Pursley
                Plaintiff,

v.                                    Case No.: 3:18−cv−50040
                                        Honorable Philip G. Reinhard

Greg Hanson, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 7, 2020:

      MINUTE entry before the Honorable Lisa A. Jensen: Plaintiff's motion to withdraw Plaintiff's motion for order to show cause [187] is granted. Plaintiff's motion [171] is withdrawn. The status hearing set for 4/09/2020 and the notice of presentment set for 4/13/2020 are stricken. A status hearing is set for 5/14/2020 at 9:00 AM. Parties are to appear by telephone. Parties are to consult the telephone appearance section of Judge Jensen's webpage. Mailed notice (jk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.