**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Patrick Pursley | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 18 CV 50040 |
| v. | ) | |
| | ) | Magistrate Judge Lisa A. Jensen |
| City of Rockford, et al, | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER

Motion Hearing held on 10/1/2020. Plaintiff's Motion for Protective Order [221] is taken under advisement. By 10/8/2020 the Defendants shall submit any proposed deposition protocol and any additional arguments to the Court's proposed order inbox. Plaintiff's responses or objections to the proposed deposition protocol order shall be filed by 10/15/2020. The parties are to meet and confer regarding a fact discovery and expert disclosure deadline schedule and file an agreed schedule by 10/14/2020. The 10/15/2020 deadline for the parties to file their status report on dispositive motions is stricken. Plaintiff and Defendants orally stipulate to dismiss Defendant Christine Bishop (f/k/a Christine McAnally). Accordingly, it is this Court's report and recommendation that the parties' motion be granted, and Defendant Christine Bishop be dismissed from this case without prejudice. Any objection to this report and recommendation must be filed by 10/15/2020. *See* Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989). The Court will set a new status hearing by minute entry.

Dated: October 1, 2020          By: *Lisa A. Jensen*
                                                   Lisa A. Jensen
                                                   United States Magistrate Judge