**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Patrick Pursley, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 18 CV 50040 |
| v. | ) | |
| | ) | Judge Philip G. Reinhard |
| City of Rockford, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

    This matter comes before the court on the Report and Recommendations ("R & R") [223] of Magistrate Judge Jensen recommending that the parties' oral motion to dismiss defendant Christine Bishop (f/k/a Christine McAnally), be granted. The court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. *See* FED. R. CIV. P. 72(b)(3). The court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). In this case, the court has received no objections to the R & R (*see* [223], showing that objections were due by October 15, 2020). The court has reviewed the record in this case and finds that the October 2, 2020, R & R is not clearly erroneous. Accordingly, the court adopts in its entirety Judge Jensen's R & R. Defendant Christine Bishop is dismissed from this case without prejudice.

Date: 10/22/2020                ENTER:

                                                              _____
                                                       United States District Court Judge

                                                                    Electronic Notices. (LC)