# WITNESS STATEMENT

Date: 6-12-93
Case No: 93-037212
Start Time: 1847

I, Marvin A. Windham, DOB: ███, now living at ███ Phone # none, have been advised by Officers B. Scott and _____ that they are police officers representing the City of Rockford, Illinois.

I have known Patrick Pursley since December of 1991. We met in prison, at Joliet. We both went to the work release center on Court St. after we got out. While we were still in the work release center he told me that if I knew of anyone selling guns to let him know. I never did know of anyone selling any guns so I did not help him.

Patrick got out of the work release center before I did so I did not see him for about five months. Then one day I was driving down Ashland and Woodlawn and I saw Patrick changing a flat tire so I stopped and talked to him. I got out of the work release center in Dec. of 1992. We started kicking it together the first part of 1993. The first night I went over to his house he was bragging about doing stick ups. He said he had robbed either a mexican or a white guy. Weeks went past and he was trying to get me to go along with him to do jobs. He told me that he went to rob a guy and he did not have any money so he took his car. I think he said that happened in the area of Rockton and Custer.

The first part of April my wife and I and kids had gone to Chicago. We came back about the fifth of April I went over to Patrick's house. He was on the phone talking to some lady at the unemployment office. They messed up or something and he was not getting his unemployment He got mad at her and threatened her, He was tired of these white peckers he was going to start killing them. He cussed at her and then he hung up. He said he was tired of this shit. He said that he had just killed a pecker the other day and he was going to kill a lot more of them. He pulled out a newspaper clip of the murder of the fire man. HXXXXXXX I read the clip and I asked him why he shot him. He said the paper was lying. He said he walked up to him and said this aint no joke, give me the money. He said the guy pulled out his wallet and the lady pulled out her purse. He said that they were not going to give him there purse or their wallet they were just going to Xgive him the money. He said that is when he shot him two times. He said there wasn't much money. He said the part in the paper that was wrong is where one of the bullets was meant for her and he did not leave any money on the dash board like the paper said. I asked him if Sam was with him and he said that she was waiting around

Before signing, I have read/or had read to me this page to make certain that it is my statement and that it is the truth.

Witness: Bruce D Scott
Signed: Marvin Windham
Date: 6-12-93
Signing time this page: 7:54 pm
Page 1 of 3 pages


Windham DEPOSITION EXHIBIT No. 1 10-15-19

ORIGINAL

RFD Defense 000247

the corner for him. The only car they had at that time was a beige Chevey Celebrity. He was bragging how it was a sweet and clean get away. He showed me the gun that he used and it was a 9mm sixteen shot wi black with brown handles. The same day he had his girl friend take the gun to get it adjusted. He said that if he got caught the police would't be able to hook the murder on him by doing something to the gun.

A couple of weeks later he came over to my house. We were watching T.V. and a guy was on the news that he knew called Bingo. He said he use to do stick ups with Bingo. That's when he asked me what was up, was I going out. He had on a black hoody, he had a skull cap that he had made two holes in it on, he had the same 9mm. he had a police scanner with head phones on. I asked him what he was going to do and he said that he was fixing to go get him some money. I told him that I was not going and he said all right I'm out of here. I watched him out side. He took the license plates off the chevy and put a sticker in the back, like he just bought the car, and he took off. I went over to his house the next day about news time. We were watching the news and that is when the Burger King robbery came up The description was wrong. They said 140lbs. and he jumped up and down saying he got a clear get away, because he only weighs about a 100lbs. They also said that he was dark skinned and he is light skinned. He had his money in the head board of his bed. He showed it to me and told me that it was about $1,500. That is how he use to try and lure me into going with him He was always talking about doing a bank, that was his dream.

At about a couple of weeks later Sam and Patrick came by my house. I asked him what he was fdoing. He said he was looking for a car so he could go rob a bank. The next day I went over to his house. I saw him packing his black bag. He put his pistol in the bag, an extra clip, purple mask, police scanner, black pants and a black hoody. he had a purple hat that said Karl Canie, it is a name brand for jeans.

The next day I read in the paper about the bank robbery and from the description I knew it was Patrick. I went over to Patrick's and they were acting like they did not do anything. That is when he let it out. He said that your going to have to be down with this, meaning start doing stick ups with him, because I knew to much. He said I was going to have to stop coming around because I did not want to do nothing. He started saying yeh he did it. He said he stole a car, he said that was an oldsmobile. He said sam met him around the corner and doove the stolen car to the bank. He went in and stuck up the bank jumped back in the

Before signing, I have read/or had read to me this page to make certain that it is my statement and that it is the truth.

Witness: Bruce D. Scott

Signed: Marvin Windham
Date: 7:54PM - 6-12-93
Signing time this page: ___
Page 2 of 3 pages

stolen car and drove around the corner and met Sam. He said that he threw some money on the pavement by the oldsmobile to throw the police off track. He said he rode on the floor of the car all the way back. He said the kids were in the car too so the police would not stop them. He said that he got sixteen thougand dollars.

After that he bought another car a black Honda Civic. He said that he did not buy the car in Rockford because he was scared to spend money around here. He had Sam buy him another 9mm. and he said that he was not going to do nothing else for awhile. That is also when he made some threats to me that before he goes back to the penitentiary he would know if it was me or Sam and he would kill us before he goes back.

He did tell me that he would get rid of his boots and skull caps after he did stick ups. The only thing that he kept would have been his black hoody. He would even get rid of his boots and buy some more. He always were black combat boots.

After he threatened me that is when I stopped hanging around with him.

End of Statement

Before signing, I have read/or had read to me this page to make certain that it is my statement and that it is the truth.

Witness: Bruce D. Scott
Signed: Marvin Windham
Date: 6-12-93
Signing time this page: 7:55 PM
Page 3 of 3 pages

ORIGINAL

RFD Defense 000249