IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK PURSLEY, | ) | |
| | ) | Case No. 3:18-cv-50040 |
| Plaintiff, | ) | |
| | ) | Hon. Philip G. Reinhard |
| v. | ) | |
| | ) | Hon. Margaret J. Schneider, |
| THE CITY OF ROCKFORD et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S EXHIBIT LIST

Exhibit 1 Deposition of Patrick Pursley, taken on December 9, 2020

Exhibit 2 Order Granting COI

Exhibit 3 COI Disposition Transcript

Exhibit 4 Verdict Disposition Order, January 16, 2019

Exhibit 5 Patrick Pursley's Petition for Certificate of Innocence

Exhibit 6 Samantha Crabtree Testimony, 1994, Day 2

Exhibit 7 John Murdock Testimony, 2016, Day 1 (1 AM)

Exhibit 8 John Murdock Testimony, 2016, Day 1 (1 PM)

Exhibit 9 Chris Coleman Testimony, 2016, Day 1

Exhibit 10 John Murdock Criminal Case Report

Exhibit 11 Deposition of Mark Schmidt, taken on January 23, 2020

Exhibit 12 Deposition of John Genens, taken on February 5, 2020

Exhibit 13 Deposition of Bruce Scott, taken on August 27, 2020

Exhibit 14 2019 Trial Transcript Acquittal

Exhibit 15 Order Denying MTR, August 27, 2021

Exhibit 16 Transcript of Decision Denying Motion to Reconsider, August 27, 2021

Exhibit 17 Forrester Search Warrant Affidavit

Exhibit 18 Samantha Crabtree Testimony, 1994, Day 1

Exhibit 19 Forrester Report, June 18, 1993

Exhibit 20 Deposition of Jeff Houde, taken on January 22, 2020

Exhibit 21 Roger Clark Report, August 20, 2021

Exhibit 22 Deposition of Stephen Pirages, taken on August 26, 2020

Exhibit 23 Photos from Apartment Search, June 10, 1993

Exhibit 24 Mark Schmidt Testimony, 1994

Exhibit 25 Samantha Crabtree Affidavit, August 6, 1993

Exhibit 26 Samantha Crabtree Order of Immunity

Exhibit 27 Deposition of Marvin Windham, taken on February 6, 2020

Exhibit 28 Marvin Windham Testimony, 1994

Exhibit 29 General Order on Rights of Arrested Person

Exhibit 30 Jeff Houde Report, June 10, 1993

Exhibit 31 Deposition of Charlene Getty, taken on July 23, 2020

Exhibit 32 Latham Report, April 15, 1993

Exhibit 33 Police Report by Officer Gulley regarding Pursley Arrest, June 16, 1993

Exhibit 34 Scott report, June 28, 1993

Exhibit 35 Trial Stipulation re newspaper clippings ROP at Trial, April 27, 1994

Exhibit 36 News Article, December 1993

Exhibit 37 Marvin Windham Typed Statement

Exhibit 38 Patrick Pursley Affidavit

Exhibit 39 Brian George ROP at Trial, April 21, 1994

Exhibit 40 Marvin Windham Grand Jury Testimony

Exhibit 41 Deposition of Jack Welty, taken on October 15, 2020

Exhibit 42 ISP Evidence Receipts

Exhibit 43 Jack Welty Responses to Plaintiff's 2nd Set of Interrogatories

Exhibit 44 Deposition of Gregory Hanson, taken on January 21, 2020

Exhibit 45 Samantha Crabtree's Statement Regarding Burger King Robbery, June 11, 1993

Exhibit 46 Deposition of Peter Striupaitis, Volume 2, taken on October, 2 2020

Exhibit 47 Dan Gunnell Testimony, 1994

Exhibit 48 Deposition of William Demuth, II, taken on March 19, 2021

Exhibit 49 Dan Gunnell's Responses to Plaintiff's Second Set of Request for Admissions

Exhibit 50 Murdock Civil Report

Exhibit 51 Deposition of Beth Patty, taken on July 16, 2020

Exhibit 52 Dan Gunnell Trial Testimony, 2019

Exhibit 53 Jack Welty Trial Testimony, 1994

Exhibit 54 John Murdock Trial Testimony, December 14, 2016

Exhibit 55 Deposition of John Murdock September 2021, taken on September 16, 2021

Exhibit 56 ISP Firearms and Toolmark Training

Exhibit 57 John Murdock Trial Testimony, 2019

Exhibit 58 Dan Gunnell Trial Testimony, 2016

Exhibit 59 Dan Gunnell Lab Notes

Exhibit 60 Dan Gunnell Laboratory Report

Exhibit 61 Deposition of Russell McLain, taken on July 22, 2021

Exhibit 62 Deposition of Chris Coleman, taken on September 29, 2021

Exhibit 63 Email from Defendant Gunnell, March 14, 2011

Exhibit 64 Reffett Report, 1993.04.03

Exhibit 65 Mark Boese Trial Testimony, 199

Exhibit 66 John Murdock Complete Disclosure

Exhibit 67 John Murdock Declaration, 2021.5.13

Exhibit 68 Declaration of Chris Coleman

Exhibit 69 Kevin Rice Report, April 3, 1993

Exhibit 70 RRS Article, May 12, 1994

Exhibit 71 Antrone Turner Statement

Exhibit 72 Indictment Facts

Exhibit 73 Myra Foster Trial Testimony, 1994

Exhibit 74 Penny Bunnell Trial Testimony, 1994

Exhibit 75 Trumaine Anthony Pursley Trial Testimony

Exhibit 76 Aaron Davis Trial Testimony, 1994

Exhibit 77 Bodell Testimony

Exhibit 78 Mandy Santiago Declaration

Exhibit 79 Mandy Santiago Trial Testimony, 2018

Exhibit 80 Burger King Robbery Report

Exhibit 81 Rights of Arrested Person Policy

Exhibit 82 Deposition of Ann Switzer, taken on December 11, 2020

Exhibit 83 Trial Testimony, January 11, 2019

Exhibit 84 Becky George Testimony, 1994

Exhibit 85 Order Granting New Trial, 2017

Exhibit 86 J. Bowman Answers to Plaintiff's Second Set of Interrogatories

Exhibit 87 J. Houde Answers to Plaintiff's Second Set of Interrogatories

Exhibit 88 Marvin Windham Domestic Battery Report

Exhibit 89 Marvin Windham Discovery Answer 3

Exhibit 90 Marvin Windham Burger King Report, 1993.09.09

Exhibit 91 Marvin Windham Criminal History Report

Exhibit 92 Marvin Windham Disco Answer

Exhibit 93 Marvin Windham Supplemental Discovery Answer

Exhibit 94 Deposition of Lester Brown, taken on October 30, 2019

Exhibit 95 Deposition of Lester Brown, taken on August 24, 2020

Exhibit 96 Lester Brown 1993 Plea Agreement

Exhibit 97 Lester Brown Letter to D. Koski, December 17, 1993

Exhibit 98 Lester Brown Testimony Sentencing Hearing, July 15, 1994

Exhibit 99 Lester Brown Statement, December 19, 1993

Exhibit 100 State's Attorney Notes from Meeting, November 11, 2018

Exhibit 101 609 Woodlawn Report, June 9, 1993

Exhibit 102 609 Woodlawn Report, June 8, 1993

Exhibit 103 Crabtree Grand Jury Testimony, June 23, 1993

Exhibit 104 Gibbons Supplement Report, June 6,1993

Exhibit 105 Pobjecky Supplement Report, April 8, 1993

Exhibit 106 Samantha Crabtree Battery Report, February 22, 1993

Exhibit 107 Samantha Crabtree Guilty Plea (perjury, robbery) October 27, 1994

Exhibit 108 Samantha Crabtree Trial Testimony, 2019

Exhibit 109 Deposition of Samantha Crabtree, taken on September 23, 2020

Exhibit 110 Hanson Response to Plaintiff's Interrogatory 2

Exhibit 111 Schmidt Response to Plaintiff's Interrogatory 2

Exhibit 112 Gunnell Response to Plaintiff's Second Set of Request to Admit

Exhibit 113 Response to Welty 1st Interrogatory

Exhibit 114 Second Amended Complaint

Exhibit 115 Dan Gunnell's Responses to Plaintiff's First Set of Requests to Admit

Exhibit 116 Jack Welty 1994 Memo

Exhibit 117 Deposition of Greg Brate, taken on June 24, 2021

Exhibit 118 Russell McLain Trial Testimony, 2016

Exhibit 119 Beth Patty Testimony, January 10, 2019

Exhibit 120 McLain emails with Beth Patty, November 30, 2012

Exhibit 121 Beth Patty Trial Testimony ROP, December 14, 2016

Exhibit 122 Mathew Noedel Report

Exhibit 123 Deposition of Mathew Noedel, Deposition taken on December 1, 2021

Exhibit 124 Murdock Civil Rebuttal Report

Exhibit 125 Deposition of Ron Gallardo, taken on January 30, 2020

Exhibit 126 Order in *Kluppelburg v. Burge*

Exhibit 127 Samantha Crabtree's Statement regarding Ascher murder, June 10, 1993

Exhibit 128 Bruce Scott Report, April 3, 1993