# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Patrick Pursley
                            Plaintiff,

v.                                                              Case No.: 3:18−cv−50040
                                                              Honorable Iain D. Johnston

City of Rockford, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 23, 2024:

       MINUTE entry before the Honorable Margaret J. Schneider: Telephonic status conference held on 07/23/24 to discuss the status of settlement. For reasons stated in open Court, Defendant City of Rockford reported that it needs additional time to respond to the settlement demand from Plaintiff which is currently under Defendant's review. The Court encourages the parties to continue engaging in settlement discussions. A telephonic status conference is set on 08/22/24 at 10:00 a.m. to discuss the status of settlement or whether the case should proceed to a final pretrial order. The Court will be utilizing the Cisco Webex platform. Public access is available via the following call−in number: 1−(650)−479−3207 and enter ACCESS CODE: 180−822−8235#. Counsel for all parties is directed to appear. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.