IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK PURSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:18-cv-50040 |
| | ) | |
| v. | ) | Hon. Iain D. Johnston |
| | ) | |
| CITY OF ROCKFORD, et. al., | ) | Hon. Margaret Schneider |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Now come Defendants City of Rockford, Mark Schmidt, and Jeff Houde[1], by and through their respective undersigned attorneys, and for their Status Report, state as follows:

1. On August 22, 2024, this Court entered an order directing the parties to discuss if this case should proceed to settlement conference or for a final pretrial order.

2. The parties have exchanged initial settlement positions, and, based on that, are in the process of determining whether a mediation would be fruitful.

3. The parties recommend that the Court enter an order to provide an update on the status of settlement mediations in 60 days.

Dated: September 12, 2024

---

[1] Counsel for Defendants Scott and the Estate of Howard Forrester did not provide their positions on this status report.

Respectfully submitted,

| | |
|---|---|
| **Defendants Mark Schmidt and Jeff Houde** | **Defendant City of Rockford** |
| By: Hinshaw & Culbertson | By: City Of Rockford Department Of Law |
| */s/ Michael F Iasparro* | */s/ Matthew D. Flores* |
| Hinshaw & Culbertson | City Of Rockford Department Of Law |
| 100 Park Avenue | 425 East State Street |
| Rockford, IL 61105 | Rockford, IL 61104 |
| 815 490 4945 | (779) 348-7154 |
| miasparro@hinshawlaw.com | Matthew.Flores@Rockfordil.gov |

**Plaintiff Patrick Pursley**
By: Loevy & Loevy

*/s/ Rachel Brady*
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
312-243-5900
brady@loevy.com